# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jessie L. Sims, | Case No. 2:19-cv-00833-JAD-DJA |
| Plaintiff | |
| v. | **Order Adopting Report and Recommendation and Dismissing Case** |
| David Stanton, et al., | |
| Defendants | [ECF No. 11] |

Plaintiff Jessie L. Sims filed this civil-rights action to redress violations that he claims he suffered related to a state-court matter. The magistrate judge dismissed Sims's original complaint with instructions about its deficiencies and leave to amend.[1] Sims filed an amended complaint,[2] but because it still fails to state a plausible claim for relief, the magistrate judge recommends that I dismiss this action with prejudice.[3] The deadline for objections to that recommendation passed without objection or any request to extend the deadline to file one. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[4] For the reasons stated in the report and recommendation, and because Sims's failure to state a claim for relief despite the opportunity to amend with instructions indicates that he cannot plead a plausible claim for relief,

---

[1] ECF No. 8.

[2] ECF No. 10.

[3] ECF No. 11.

[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IT IS HEREBY ORDERED that the report and recommendation [ECF No. 11] is ADOPTED IN FULL;

IT IS FURTHER ORDERED THAT **this case is dismissed with prejudice**.  The Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE.

Dated: May 22, 2020

_____
U.S. District Judge Jennifer A. Dorsey